UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRACY WILLIAMS                          )
                                        )
        Plaintiff,                      )
                                        )   No. 3:11-0232
            v.                          )   Judge Haynes/Bryant
                                        )
DOLLAR GENERAL CORPORATION,             )
                                        )
        Defendant.                      )

<u>O R D E R</u>

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, May 9, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to May 9, 2011.

It is so **ORDERED.**

                                    *s/ John S. Bryant*
                                    _____
                                    JOHN S. BRYANT
                                    United States Magistrate Judge